1 | GREGORY J. WOOD (SBN #200780)
2 | B. DOUGLAS ROBBINS (SBN # 219413)
  | WOOD ROBBINS, LLP
  | One Post St., Suite 800
3 | San Francisco, California 94104
  | Telephone: (415) 247-7900
4 | Facsimile: (415) 247-7901

5 | Attorneys for Plaintiff
  | PATRICK POLO

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK POLO, an individual, | Case No.: 12-CV-04961-SI |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| ELIZABETH SHWIFF, an individual; SHWIFF, LEVY & POLO, LLP, a California Limited Liability Partnership; THE SHWIFF, LEVY & POLO, LLP EMPLOYEE BENEFIT PLAN, an entity pursuant to 29 U.S.C. § 1132(d); and DOES 1 through 100, inclusive, | |
| Defendants. | |

IT IS SO ORDERED
Judge Susan Illston

// 
// 
// 
// 
// 
// 
//

1

**NOTICE OF VOLUNTARY DISMISSAL**

1  NOTICE IS HEREBY GIVEN that Plaintiff PATRICK POLO voluntarily dismisses the
2  above-captioned action as follows:
3  Plaintiff dismisses the following causes of action with prejudice:
4  First, Second and Seventh.
5  Plaintiff dismisses the remaining causes of action without prejudice:
6  Third, Fourth, Fifth, Sixth.
7  Dated: November 21, 2012                    WOOD ROBBINS, LLP

By: _____
   GREGORY J. WOOD
   Attorneys for Plaintiff
   PATRICK POLO

**PROOF OF SERVICE**

I, Gregory Wood, declare that:

At the time of service, I was over 18 years of age and not a party to this action.

My business address is One Post Street, Suite 800, San Francisco, CA 94104.

On November 21, 2012, I served the following documents:

**NOTICE OF VOLUNTARY DISMISSAL**

in said cause on the following interested parties:

Marcus Merchasin
Steven Helfand
582 Market Street #1400
San Francisco, CA 94104

The documents were served by the following means:

x   **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses above and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed November 21, 2012, at San Francisco, California.

_____
Gregory Wood

-1-
**PROOF OF SERVICE**